# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LARRIE FITZGERALD** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 4:04CV179-P-B**

**CONVERTING MACHINES, INC.** **DEFENDANT**

## ORDER

This cause is before the Court on Mississippi Insurance Guaranty Association's Motion to Reinstate Cause of Action and for Leave to Intervene [24]. The Court, having reviewed the motion, the responses, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Mississippi Insurance Guaranty Association's Motion to Reinstate Cause of Action and for Leave to Intervene [24] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this cause is to be REOPENED and REINSTATED to the active docket. IT IS FURTHER ORDERED that the Mississippi Insurance Guaranty Association is hereby granted LEAVE TO INTERVENE to assert its lien for the payments of benefits under Mississippi Code Annotated § 71-3-71. IT IS FURTHER ORDERED that the parties are to file appropriate pleadings seeking approval of the settlement agreement in this matter within twenty (20) days of the entry of this Order, or on or before March 23, 2006.

SO ORDERED, this the 28th day of February, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE